# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVIS A. PHELPS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 07-CV-006-WDS |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM & ORDER

**STIEHL, District Judge:**

Before the Court is a Report and Recommendation of United States Magistrate Judge Clifford J. Proud that the Commissioner's final decision regarding plaintiff's application for disability insurance benefits be affirmed. To date, no objections have been filed by the parties.

Upon review of the record, the Court **ADOPTS** the recommendation of the magistrate judge, and **AFFIRMS** the Commissioner's decision denying plaintiff's application for disability insurance benefits.

**IT IS SO ORDERED.**

**DATED:   March 18, 2008.**

                             s/ WILLIAM D. STIEHL
                                  **DISTRICT JUDGE**